IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM INGRAM, | ) | |
| Plaintiff | ) | |
| | ) | Civil Action No.: JFM-02-539 |
| v. | ) | |
| GIANT FOOD, INC., et al., | ) | |
| Defendants | ) | |

### ORDER

For the reasons stated in the accompanying Opinion and in the related Opinion in the case of Carson v. Giant Food, Inc., JFM-96-2882, it is, this 20th day of February 2002

ORDERED

1. Defendants' motions for summary judgment against Plaintiff on all causes of action in Plaintiff's complaint are Granted; and

2. Judgment is hereby entered in favor of the Defendants.

_____
J. Frederick Motz
United States District Judge

10

